UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DANIEL P. JONES,<br>    Plaintiff,<br><br>-v-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | No. 1:08-cv-529<br><br>HONORABLE PAUL L. MALONEY |

## **JUDGMENT**

Having affirmed the Commissioner's decision and denied Plaintiff's request to remand the action, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendant Commissioner and against Plaintiff Jones.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  May 17, 2011              /s/ Paul L. Maloney
                                 Paul L. Maloney
                                 Chief United States District Judge